# Court of Appeals
# of the State of Georgia

ATLANTA, June 26, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0485.  FELICIA PAYNE v. FRANKLIN PAYNE, JR.**

On March 13, 2017, the trial court entered a final judgment and decree of divorce between plaintiff Franklin Payne, Jr., and defendant Felicia Payne, which included an award of attorney fees in favor of the plaintiff.  On June 2, 2017, the defendant filed this application for discretionary review.  We lack jurisdiction.

The defendant's application is untimely.  To be timely, a discretionary application must be filed within 30 days of entry of the judgment sought to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Because this application was filed 81 days after entry of the judgment the defendant seeks to appeal, it is untimely, and we lack jurisdiction to consider it.  Accordingly, the application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __06/26/2017__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*